# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

June 23, 2021

Lyle W. Cayce
Clerk

No. 20-40567
Conference Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Pascual Espinoza-Naranjo,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:20-CR-977-1

Before Smith, Stewart, and Higginson, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Pascual Espinoza-Naranjo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Espinoza-Naranjo has filed a response.

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-40567

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Espinoza-Naranjo's response. It is dispositive that the Government has declined to waive the untimeliness of the appeal. *See United States v. Pesina-Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016). Therefore, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.